# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JUNG, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>BILLY MCFARLAND, an individual; JEFFREY ATKINS p/k/a JA RULE, an individual; FYRE MEDIA, INC., a Delaware corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 2:17-cv-03245-ODW(JCx)<br><br>Assigned to the Hon. Judge Otis D. Wright II<br><br>**[PROPOSED] ORDER TO TRANSFER PURSUANT TO 28 U.S.C. 1404(A)** |

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

# [PROPOSED] ORDER

This matter having come before the Court on the joint application of Plaintiff and Defendant, Jeffrey Atkins, by and through their respective Counsel, the Court having considered the papers submitted and for good cause shown,

IT IS ORDERED on this ____ day of _____, in the year_____ that the Joint Motion to Transfer this matter to the United States District Court for the Southern District of New York by Plaintiff and Defendant, Jeffrey Atkins, pursuant to 28 U.S.C. §1404(a) is GRANTED, and this matter is hereby transferred to the United States District Court for the Southern District of New York.

**IT IS SO ORDERED**.

Dated: _____                    _____
                                              Honorable Otis D. Wright, II
                                              United States District Court Judge